UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>GEORGE ANTHONY LERENA (1),<br>ALBERT HILARIO GUTIERREZ-BUSTOS (2),<br>ALAN ELISEO CAZARES-MIRANDA (3),<br><br>           Defendants. | Case No. __22CR1026-BAS__<br><br>I N F O R M A T I O N<br><br>Title 18, U.S.C., § 371 and 922(a)(1)(A) and 924 (a)(1)(D)– Conspiracy to Deal Firearms Without a License; Title 26, U.S.C., §§ 5861 and 5871-Transfer of Firearm in Violation of National Firearm Act; Title 21, U.S.C., § 841(a)(1) – Distribution of Methamphetamine; Title 21, U.S.C., § 841(a)(1) – Distribution of Fentanyl; and Title 28, U.S.C., 2461(c) – Criminal Forfeiture. |

    The United States Attorney charges:

//

//

//

## Count 1

### Introductory Allegations

1. Description of a Machinegun

The term "machine gun" or "machinegun," means any weapon which shoots, is designed to shoot, or can be readily restored to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. Title 18, United Stated Code, § 5845 (b).

2. Description of a Privately Made Firearm (PMF)

Privately made Firearms (PMFs) are firearms that are not made by commercial firearm manufacturers; instead, firearm manufactures sell individual buyers firearm parts, and the buyer uses various firearm drilling tools to construct and assemble the parts into a functional firearm. PMFs are commonly also known as "ghost guns" because they are not marked with serial numbers, and are thus, untraceable.

3. National Firearms Registration and Transfer Records

National Firearms Act (NFA) firearms are restricted firearms and other devices regulated by the NFA. These items are only sold by specially licensed Federal Firearms License (FFL) dealers with a Class 3 Special Occupational Tax permit. An FFL is a license in the United States that enables an individual or company to engage in a business pertaining to the manufacture or importation of firearms and ammunition, or the interstate and intrastate sale of firearms.  To lawfully possess or transfer NFA firearms, the NFA firearm must be registered to the possessing or transferring individual in the National Firearms Registration and Transfer Record.

4. Between January 1, 2022 and continuing up to and including March 29, 2022, within the Southern District of California, the Defendants GEORGE ANTHONY LERENA, ALBERT HILARIO GUTIERREZ-BUSTOS, and ALAN ELISEO CAZARES-MIRANDA not being licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly and intentionally conspire with others known and unknown to willfully engage in the business of dealing in firearms in violation of Title 18, United States Code, Sections 371, 922(a)(1)(A), and 924(a)(1)(D).

## OVERT ACTS

In furtherance of this conspiracy and to achieve its objectives, the Defendants committed at least the following overt acts in the Southern District of California: Defendants LERENA and GUTIERREZ-BUSTOS travelled together in a vehicle in which machine guns were located. Defendant CAZARES-MIRANDA supplied Defendants LERENA and GUTIERREZ-BUSTOS PMF 9mm Glock type pistols and PMF full auto conversion switches and PMF full auto conversion drop-in sears used to convert semi-automatic AR rifles into machineguns.

## Count 2

On or about February 22, 2022, within the Southern District of California, the Defendant GEORGE ANTHONY LERENA did knowingly possess and transfer an un-serialized firearm, to wit: three machine guns, as defined in 5845(b), in exchange for $6,300, which had not been registered to him in the National Firearms Registration and Transfer Record; in

violation of Title 26, United States Code, Sections 5861 and 5871, and Title 18, United States Code, Section 2.

### Count 3

On or about March 9, 2022, within the Southern District of California, the Defendants GEORGE ANTHONY LERENA and ALBERT HILARIO GUTIERREZ-BUSTOS did knowingly possess and transfer an un-serialized firearm, to wit: nine machine guns, as defined in 5845(b), in exchange for $4,750, which had not been registered to them in the National Firearms Registration and Transfer Record; in violation of Title 26, United States Code, Sections 5861 and 5871, and Title 18, United States Code, Section 2.

### Count 4

On or about March 16, 2022, within the Southern District of California, the Defendant ALAN ELISEO CAZARES-MIRANDA did knowingly possess and transfer an un-serialized firearm, to wit: seven machine guns, as defined in 5845(b), in exchange for $2,450, which had not been registered to him in the National Firearms Registration and Transfer Record; in violation of Title 26, United States Code, Sections 5861 and 5871, and Title 18, United States Code, Section 2.

### Count 5

On or about March 16, 2022, within the Southern District of California, defendant, ALAN ELISEO CAZARES-MIRANDA did knowingly and intentionally possess, with intent to distribute, 50 grams and more of methamphetamine, to wit: approximately 500 grams of methamphetamine, a Schedule II

Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## Count 6

On or about March 16, 2022, within the Southern District of California, defendant, ALAN ELISEO CAZARES-MIRANDA did knowingly and intentionally possess, with intent to distribute, 40 grams and more of N-phenyl-N, to wit: approximately 115.3 grams of N-phenyl-N pills, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATIONS

Upon conviction of any of the offenses alleged in Counts 1 through 4 of this Indictment, Defendants GEORGE ANTHONY LERENA, ALBERT HILARIO GUTIERREZ-BUSTOS, and ALAN ELISEO CAZARES-MIRANDA, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense; all pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

DATED: May 5, 2022

RANDY S. GROSSMAN
United States Attorney

By: *Michael G. Wheat*
MICHAEL G. WHEAT
Assistant U.S. Attorney